UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Alyssa Brooks v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10603-DRH |
| *Marian Hubbard v. Bayer HealthCare Pharmaceuticals Inc.* | No. 11-cv-13528-DRH |
| *Kimberly Lewis v. Bayer HealthCare Pharmaceuticals Inc.* | No. 11-cv-13535-DRH |
| *Tracy Mercer v. Bayer HealthCare Pharmaceuticals Inc.* | No. 11-cv-13538-DRH |
| *Janet Slaton v. Bayer HealthCare Pharmaceuticals Inc.* | No. 11-cv-13551-DRH |
| *Sharyn Young v. Bayer HealthCare Pharmaceuticals Inc.* | No. 11-cv-13549-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on June 19, 2014, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

                          **JUSTINE FLANAGAN,**
                          **ACTING CLERK OF COURT**

                          BY:  /s/*Caitlin Fischer*
                               **Deputy Clerk**

**Dated:**  June 20, 2014

Digitally signed by David R. Herndon
Date: 2014.06.20 17:21:25 -05'00'

**APPROVED:**
    **CHIEF JUDGE**
    **U. S. DISTRICT COURT**

2